

No. 11–0467/AR.  U.S. v. Arthur R. Young, Jr.  CCA 20090092.  Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134 OF THE UNIFORM CODE OF MILITARY JUSTICE IN THE SPECIFICATION OF CHARGE V REQUIRES THIS COURT TO SET ASIDE THAT SPECIFICATION.

No briefs will be filed under Rule 25.

No. 11–0475/AR.  U.S. v. Robert L. Conrady.  CCA 20080534.  Review granted on the following issue:

> WHETHER SPECIFICATIONS 2, 6 AND 7, OF CHARGE III FAIL TO STATE AN OFFENSE BECAUSE THEY DO NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 11–0495/AR.  U.S. v. Brandon K. Price.  CCA 20100382.  Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM SPECIFICATION TWO OF CHARGE VI CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.  IS THE CHARGE FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0286/AF.  U.S. v. Paul A. Titcombe.  CCA 37618.  Review granted on the following issue:

> WHETHER THE AIR FORCE COURT ERRED BY FINDING THAT ADDITIONAL CHARGE II ALLEGING UNLAWFUL ENTRY UNDER ARTICLE 134 WAS NOT DEFICIENT BECAUSE THE "MILITARY JUDGE IS PRESUMED TO KNOW THE LAW AND APPLY IT CORRECTLY WHEN SITTING AS THE TRIER OF FACT."

No briefs will be filed under Rule 25.